[No. 7787–0–III.  Division Three.  November 3, 1987.]

CLARENCE WHIPPLE, *Appellant,* v. KENNETH LIBSACK, ET AL, *Appellants,* RAINIER NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84–2–00757–4, Bruce P. Hanson, J., entered April 4, 1986. *Affirmed* by unpublished opinion per

Green, J., concurred in by McInturff, C.J., and Thompson, J.